**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:15-cr-41 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| EVAN LEWIS MYERS, | : | |
| | : | |
| Defendant. | : | |

_____

**ENTRY AND ORDER DENYING PETITION FOR REMOVAL FROM THE
SEX OFFENDER REGISTRY (DOC. NO. 3)**

_____

This case is before the Court on Defendant Evan Lewis Myers' ("Myers") Petition for Removal from the Sex Offender Registry (the "Petition") (Doc. No. 3). In April 2014, Myers was convicted in the United States District Court for the Southern District of California of possessing images of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2). (Doc. No. 3-1 at PageID 24.) Given the nature of his offense, Myers has been required to register as a sex offender since his conviction. 34 U.S.C. § 20913(a). Jurisdiction of Myers' case was transferred to this Court on March 13, 2015, and Myers is currently registered as a tier II sex offender in the State of Ohio. (*See* Doc. No. 3-1 at Page ID 22; *see also* NATIONAL SEX OFFENDER REGISTRY PUBLIC SEX OFFENDER REGISTRY SEARCH, https://www.nsopw.gov/search-public-sex-offender-registries (last visited Apr. 9, 2025).)

By his Petition, Myers seeks to be relieved of his federal obligation to register as a sex offender. However, under federal law, tier II sex offenders like Myers are required to register as such for a duration of 25 years. 34 U.S.C. § 20915(a)(2). The relevant statute contains no express provision authorizing a federal court to reduce the duration of this reporting obligation. Myers has

1

only continued to satisfy his federal registration obligations for approximately 11 years, as opposed to the 25 years mandated by statute.  Therefore, the Court must **DENY** Myers' Petition for Removal from the Sex Offender Registry (Doc. No. 3).

      **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, April 10, 2025.

                                                    s/Thomas M. Rose

                                            _____

                                               THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE